*D. W. Blair* and *C. N. King,* for plaintiff in error.
*W. C. Martin* and *W. E. Mann,* contra.

---

ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* CURETON.

ATKINSON, J. The court did not err in stating the contentions of the defendant, and the evidence was sufficient to authorize the verdict.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
MAY 12, 1915.

Action for damages. Before Judge Fite. Dade superior court. July 28, 1914.

*Payne & Hale,* for plaintiff in error. *B. T. Brock,* contra.